# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NO-BULL ENTERPRISES, LLC,
    Plaintiff

v.

                                                    Civil Action No. 1:18-cv-01260
                                                  Hon. Paul L. Maloney

ZB PRODUCTS, LLC d/b/a ZIP BANDIT,

    Defendant.

_____

## STIPULATED CONSENT JUDGMENT

Plaintiff No-Bull Enterprises, LLC ("No-Bull" or "Plaintiff") filed its Complaint on November 9, 2018 against ZP Products, LLC d/b/a Zip Bandit ("ZB" or "Defendant"). The Complaint set forth claims against ZB for infringement of United States Patent No. 10,045,783 ("the '783 Patent"). On March 19, 2019, No-Bull and ZB entered into a Settlement Agreement to resolve all issues raised by this action.

NOW, THEREFORE, No-Bull and ZB, having entered into the Settlement Agreement resolving the subject litigation, and having consented to the entry of the following judgment, as evidenced by the signatures of their counsel hereto,

It is ORDERED, ADJUDGED AND DECREED that:

1.     This Court has jurisdiction over the parties and subject matter hereto, and venue is proper in this District. This Court retains jurisdiction over this Stipulated Consent Judgment and Permanent Injunction and any applications with regard to enforcement thereof.

2. No-Bull is the sole owner of United States Patent No. 10,045,783 ("the '783 Patent").

3. This Court permanently enjoins Defendant, ZP Products, LLC d/b/a Zip Bandit, its officers, directors, parents, affiliates, divisions, subsidiaries, successors, assigns, trustees, beneficiaries, administrators, executors, heirs, managers, agents, servants, and employees, and all those acting in active concert or participation with them, from making, selling, offering for sale, using, and/or importing the Accused Product in the United States until the '783 Patent expires or is declared to be invalid and/or unenforceable by the U.S. Patent & Trademark Office or by a court of competent jurisdiction. "Accused Products" means the ZB "Zip Bandit" product specifically identified in the Complaint and as shown in Exhibit B thereto, and any other product that infringes the '783 patent either literally or under the doctrine of equivalents.

4. The Complaint filed herein is hereby dismissed with prejudice.

5. The Clerk is hereby ordered to enter judgment dismissing this action and incorporating the permanent injunction of paragraph 3.

6. If ZB violates any term of this Stipulated Consent Judgment and fails to cure such violation within thirty (30) days after receipt of written notice of the violation, ZB shall be liable for liquidated damages in the amount of $5,000 U.S. dollars as liquidated damages, which amount reflects a reasonable estimate of No-Bull's past damages and the portion of No-Bull's costs and attorneys' fees with respect to the Civil Action and shall pay No-Bull its reasonable attorneys' fees incurred in connection with a successful application to the Court for enforcement thereof. If No-Bull makes an unsuccessful application to the Court for enforcement thereof, then No-Bull shall pay ZB its reasonable attorneys' fees incurred in defense thereof.

7. Each party shall bear its own costs and attorney fees.

30504484.1

IT IS SO ORDERED, this 22nd day of March, 2019.

                                                    /s/ Paul L. Maloney
                                                  HON. PAUL L. MALONEY
                                                  U.S. DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT FOR ENTRY:

| | |
|---|---|
| By:/s/ Deborah J. Swedlow | By:/s/ William L. King III (with consent) |
| Deborah J. Swedlow (P67844)<br>Douglas H. Siegel (P56214)<br>Honigman LLP<br>315 East Eisenhower Parkway, Suite 100<br>Ann Arbor, MI 48108<br>Telephone: 734-418-4268<br>Facsimile: 734-418-4269<br>E-Mail: bswedlow@honigman.com<br>        dsiegel@honigman.com<br><br>ATTORNEYS FOR PLAINTIFF<br>NO-BULL ENTERPRISES, LLC<br><br>Date: March 21, 2019 | William L. King III<br>KING & PARTNERS, PLC<br>170 College Avenue, Suite 230<br>Holland, Michigan 49423<br>Telephone (616) 355-0400<br>Facsimile (616) 355-9862<br>E-Mail: wking@king-partners.com<br><br><br>ATTORNEY FOR DEFENDANT<br>ZB PRODUCTS, LLC D/B/A ZIB BANDIT<br><br>Date: March 21, 2019 |